# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00009-CV

**Katherine Garcia Lucero, Individually and on Behalf of All Others Similarly Situated, Appellant**

**v.**

**National Western Life Insurance Company, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-00-00704, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed a joint motion requesting that the cause be remanded to the district court for an agreed dismissal with prejudice, pursuant to a settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). We set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement.

_____

Diane Henson, Justice

Before Justices Patterson, Puryear and Henson

Vacated and Remanded

Filed:   March 14, 2008